DAVID B. BARLOW, United States Attorney (#13117)
SCOTT B. ROMNEY, Assistant United States Attorney (#10270)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

FILED
U.S. DISTRICT COURT

2013 JUL 23  D 2:47

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH MAX PIERCE,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>- 26 U.S.C. § 5861(a), Failure to Register as a Dealer and Manufacturer [Count 1];<br><br>- 18 U.S.C. § 922(o), Illegal Possession of a Machine Gun [Count 2];<br><br>- 18 U.S.C. § 922(k), Possession of a Firearm with an Obliterated Serial Number [Count 3]. |
| Case: 2:13-cr-00526<br>Assigned To : Nuffer, David<br>Assign. Date : 07/23/2013<br>Description: USA v. | |

COUNT 1
26 U.S.C. § 5861(a)
(Failure to Register as a Dealer and Manufacturer)

From a date unknown to the Grand Jury until on or about May 28, 2013, in the Central

Division of the District of Utah,

KEITH MAX PIERCE,

defendant herein, did knowingly engage in the business of manufacturing, importing, and dealing

in firearms, to wit: AR15 type rifle, without having paid the special occupational tax required by

26 U.S.C. § 5801 and without having registered as required by 26 U.S.C. § 5802; all in violation

of 26 U.S.C. § 5861(a).

## COUNT 2
## 18 U.S.C. § 922(o)
(Illegal Possession of Machineguns)

On or about May 28, 2013, in the Central Division of the District of Utah,

KEITH MAX PIERCE,

defendant herein, did knowingly possess a machinegun, to wit: an AR15 type machinegun, all in violation of 18 U.S.C. § 922(o).

## COUNT 3
## 18 U.S.C. § 922(k)
(Possession of a Firearm with an Obliterated Serial Number)

On or about May 28, 2013, in the Central Division of the District of Utah,

KEITH MAX PIERCE,

defendant herein, did knowingly possess in and affecting interstate commerce a firearm which manufacturer's and importer's serial number had been removed, altered and obliterated, all in violation of 18 U.S.C. § 922(k).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

_____
SCOTT ROMNEY
Assistant United States Attorney

2